**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION**

MICHAEL HENRY HEARN                                                                         **PETITIONER**

vs.                                                                 CIVIL ACTION NO. 3:13-CV-1023 HTW-LRA

WARDEN RAYMOND BYD                                                                      **RESPONDENT**

## ORDER ADOPTING REPORT AND RECOMMENDATION

This matter comes before the court pursuant to the Report and Recommendation of United States Magistrate Judge Linda R. Anderson and the written objection to the proposed findings and recommendation. Based upon the evidence therein contained, this court, having given full consideration to the aforesaid objection, finds the same not well taken. Therefore, the Report and Recommendation of the United States Magistrate Judge is hereby adopted as the order of this court and the court hereby dismisses petitioner's habeas petition with prejudice.

**SO ORDERED AND ADJUDGED, this the 31st day of January , 2014.**

                                                                                         s/ HENRY T. WINGATE                                                                                         UNITED STATES DISTRICT JUDGE